# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2762
L.T. Case Nos.  16-2020-CF-2463-A
16-2020-CF-3262-A
16-2020-CF-4435-A

_____

TERRON DA'SEAN ROBINSON, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Terron Da'Sean Robinson, Crestview, pro se.

No Appearance for Appellee.

May 12, 2026

PER CURIAM.

AFFIRMED.

HARRIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____